IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02344-RPM

DOUGLAS PERRY,

    Plaintiff,

v.

TASER INTERNATIONAL, INC.,

    Defendant.

_____

ORDER GRANTING MOTION TO MODIFY SCHEDULING ORDER
_____

    Upon consideration of Plaintiff's Motion to Modify the Scheduling Order with Respect to the Rebuttal Expert Deadline [17], filed on July 13, 2009, the supplement to the motion filed on July 16, 2009, and defendant's response filed on July 21, 2009, it is

    ORDERED that the Scheduling Order is modified to reflect that the deadline to designate rebuttal expert witnesses is extended up to and including August 13, 2009.

    DATED:  July 22nd, 2009

                            BY THE COURT:

                            s/Richard P. Matsch

                            _____
                            Richard P. Matsch, Senior District Judge