IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02344-RPM

DOUGLAS PERRY,

        Plaintiff,

v.

TASER INTERNATIONAL, INC.,

        Defendant.
_____

ORDER MODIFYING SCHEDULING ORDER
_____

    Upon consideration of defendant's motion to modify the Scheduling Order with respect to the dispositive motion deadline, it is

    ORDERED that the motion is granted and the dispositive motion deadline is extended to and including September 28, 2009.

    DATED:   July 27th, 2009

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior Judge