IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 08-CV-02344-RPM-MEH

DOUGLAS PERRY,

    Plaintiff,

v.

TASER INTERNATIONAL, INC.,

    Defendant.

___

## ORDER OF DISMISSAL WITH PREJUDICE
___

THIS MATTER comes before the Court of the parties' Stipulation of Dismissal With Prejudice, filed October 1, 2009. After careful review of the file, the Court has concluded that pursuant to Fed. R. Civ. P. 41(a)(1), the stipulation should be approved and that Plaintiff's claims against the Defendant should be **DISMISSED WITH PREJUDICE.** Accordingly, it is

ORDERED that the Stipulation of Dismissal With Prejudice is **APPROVED**; and that Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**, each party to pay its own attorney's fees and costs.

DATED this 1st day of October , 2009.

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge